# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| Dell Laptop Computer | ) Case No. 5 19-CM-63 |
| Model Number P62G | ) |
| Serial Number 8DP9RC2 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Western District of Arkansas *(identify the person or describe the property to be searched and give its location)*: **SEE ATTACHMENT "A". This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

YOU ARE COMMANDED to execute this warrant on or before **May 31, 2019**
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge, Mark E. Ford.

Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: **5/17/19 12:50 p.m.**   _Mark E. Ford_
*Judge's signature*

City and state: **Fort Smith, Arkansas**   Mark E. Ford, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:19-CM-63 | 05/17/2019 3:00 pm | Copy will be provided to school district |

Inventory made in the presence of:
HSI SA Gerald Faulkner

Inventory of the property taken and name of any person(s) seized:

Dell Laptop Computer
Model Number P62G
Serial Number 8DP9RC2

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/17/2019

*Executing officer's signature*

Gerald Faulkner - HSI Special Agent
*Printed name and title*

Received via e-mail on May 20, 2019.
*Mark E. Ford*